UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, | • • • | CIVIL ACTION NO. 06-8101 |
| Plaintiff, | • • | |
| v. | • • | JUDGE DONALD E. WALTER |
| LEXINGTON INSURANCE COMPANY, and FACTORY MUTUAL INSURANCE COMPANY, | • • • • | |
| Defendants | • | MAGISTRATE ALMA L. CHASEZ |

### ORDER APPOINTING SPECIAL MASTER FOR ELECTRONICALLY STORED INFORMATION

Pursuant to the authority under Federal Rule of Civil Procedure 53, and the consent of the parties, as evidenced by the e-mails attached hereto, Craig Ball of Austin, Texas, is hereby appointed as Special Master for Electronically Stored Information ("SM-ESI") in this cause. Within five (5) days, Mr. Ball shall file the certification contemplated under Rule 53(b)(3).

The primary duty of this Special Master is to *assist* and, when necessary, *direct* the parties in completing required preservation and discovery of electronically stored information with reasonable dispatch and efficiency. The SM-ESI is granted the full authority described in Rule 53(c) and shall take all appropriate measures to perform the assigned duties fairly and efficiently. The SM-ESI shall review with the parties ongoing discovery requests involving ESI to determine where such information is stored and how it can most effectively be accessed, preserved and made available. To the extent the parties have disputes as to these matters, the SM-ESI may initiate or participate in the parties' "meet and confer" sessions. He is authorized to resolve issues as to search terms and protocols, means, methods and forms of preservation, production and redaction, formatting and other technical matters.

The SM-ESI may seek from the Court clarification of these duties and any additional specific authority he deems necessary. In general, issues as to the scope and subject matters for discovery, when contested by the parties, are for the Court's determination. Issues as to means and methods for efficiently obtaining discoverable ESI are for the Special Master. The SM-ESI shall proceed with all reasonable diligence and shall determine for himself the logistics of his activities (*e.g.,* methods of communication, whether to require in person meetings, *ex parte* contact with the parties or the court, making a record of meet & confer proceedings, *etc.*).

Each side is ordered to designate a lead attorney and a lead technical individual as contacts for the Special Master. These designees shall have sufficient authority and knowledge to make commitments and carry them out to allow the Special Master to accomplish his duties. The parties are directed to provide the Special Master access to any documents, media, systems and personnel (including technical staff and vendors) necessary to complete his duties.

The SM-ESI shall schedule as soon as possible a telephonic meeting with the designated legal and technical representatives of the parties to discuss how to accomplish the required tasks. He shall also provide the parties with information regarding his anticipated charges, and the parties are directed to confer regarding responsibility for those charges.

The SM-ESI shall regularly file a written report, in such format he deems most helpful, identifying his activities and the status of matters within his purview. The report should identify outstanding issues, with particular reference to matters requiring Court action.

SO ORDERED AND ADJUDGED this the 19th day of February 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE



"Susan Guidry"
<guidrys@portno.com>
02/19/2008 12:34 PM

To  <elizabeth_carmody@lawd.uscourts.gov>
cc  <wmwhall@bellsouth.net>, <jguichet@lawla.com>, <CMerlin@merlinlawgroup.com>, "Deborah Trotter" <DTrotter@merlinlawgroup.com>, "Kelly Kowal"
bcc
Subject  Port's Response - Appt. of IT Special Master - CA 06-8101


Dear Elizabeth:

Please advise the Court that the Board of Commissioners of the Port of New Orleans concurs in the Court's proposal to retain
Mr. Craig Ball as IT Special Master in this case.

Please advise if anything further is needed on this matter.  We assume that the Court will give direction on how we are to proceed at this point.

Thank you for your assistance.

Susan G. Guidry (#17679)
Of Counsel
WILLIAM W. HALL & ASSOCIATES
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana 70160
Telephone: (504) 528-3232
guidrys@portno.com
sgguidry@cox.net


Susan G. Guidry
Of Counsel
William W. Hall & Associates
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana  70160
(504) 528-3232
guidrys@portno.com

The information contained in this e-mail, including any attachments thereto, is confidential and may be legally privileged. It is intended solely for the addressee(s) named herein. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this e-mail in error, please notify us immediately by replying to this message and then permanently deleting the original. Your receipt of this message is not intended to waive any applicable privileges.



| | |
|---|---|
| Joseph Guichet <jguichet@lawla.com> 02/19/2008 01:02 PM | To  Susan Guidry <guidrys@portno.com>, "elizabeth_carmody@lawd.uscourts.gov" <elizabeth_carmody@lawd.uscourts.gov> |
| | cc  "wmwhall@bellsouth.net" <wmwhall@bellsouth.net>, "CMerlin@merlinlawgroup.com" <CMerlin@merlinlawgroup.com>, Deborah Trotter |
| | bcc |
| | Subject  RE: Port's Response - Appt. of IT Special Master - CA 06-8101 |

Elizabeth -

FMIC and the Port interviewed Mr. Ball last Thursday in accordance with the Court's directive.  FMIC advises that it has no objections to the selection of Mr. Ball as the e-discovery Special Master.

Please let me know if anything further is needed of FMIC.

Thank you,
Joseph P. Guichet

-----Original Message-----
From: Susan Guidry [mailto:guidrys@portno.com]
Sent: Tuesday, February 19, 2008 12:35 PM
To: elizabeth_carmody@lawd.uscourts.gov
Cc: wmwhall@bellsouth.net; Joseph Guichet; CMerlin@merlinlawgroup.com; Deborah Trotter; Kelly Kowal; MKestenbaum@merlinlawgroup.com; RSantaCruz@merlinlawgroup.com; Brien Gussoni; Marilyn Landiak; JGette@zelle.com; JHolbrook@zelle.com; SO'Malley@zelle.com; TGorman@zelle.com
Subject: Port's Response - Appt. of IT Special Master - CA 06-8101

Dear Elizabeth:

Please advise the Court that the Board of Commissioners of the Port of New Orleans concurs in the Court's proposal to retain
Mr. Craig Ball as IT Special Master in this case.

Please advise if anything further is needed on this matter.  We assume that the Court will give direction on how we are to proceed at this point.

Thank you for your assistance.

Susan G. Guidry (#17679)
Of Counsel
WILLIAM W. HALL & ASSOCIATES
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana 70160
Telephone: (504) 528-3232
guidrys@portno.com
sgguidry@cox.net


Susan G. Guidry
Of Counsel
William W. Hall & Associates
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana   70160

(504) 528-3232
guidrys@portno.com

The information contained in this e-mail, including any attachments thereto, is confidential and may be legally privileged. It is intended solely for the addressee(s) named herein. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this e-mail in error, please notify us immediately by replying to this message and then permanently deleting the original. Your receipt of this message is not intended to waive any applicable privileges.


This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.