UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS<br><br>Plaintiff<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and FACTORY MUTUAL INSURANCE COMPANY<br><br>Defendants | * CIVIL ACTION<br>*<br>* NO. 06-8101<br>*<br>*<br>*<br>*<br>* JUDGE DONALD E. WALTER<br>*<br>*<br>* MAGISTRATE JUDGE<br>* ALMA L. CHASEZ<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON MOTION TO STAY

The Board of Commissioners of the Port of New Orleans Motion to Stay the Special Master's Directive of June 23, 2008 Compelling Port to Collect and Produce Material in the Hands of Its Consultants until this Court rules on the Port's Motion Objecting to Special Master's Directive of June 23, 2008 Compelling Port to Collect and Produce Material in the Hands of Its Consultants is hereby GRANTED. *But be prepared to convince if your motion fails*

New Orleans, Louisiana this 22 day of July, 2008.

_____
United States District Judge