UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS | * * * | CIVIL ACTION |
| | * | NO. 06-8101 |
| Plaintiff | * * | |
| v. | * * | JUDGE DONALD E. WALTER |
| LEXINGTON INSURANCE COMPANY, And FACTORY MUTUAL INSURANCE COMPANY | * * * | MAGISTRATE JUDGE ALMA L. CHASEZ |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS' SUPPLEMENTAL MEMORANDUM IN SUPPORT MOTION OBJECTING TO SPECIAL MASTER'S DIRECTIVE OF JUNE 23, 2008 COMPELLING PORT TO COLLECT AND PRODUCE MATERIAL IN THE HANDS OF ITS CONSULTANTS**

MAY IT PLEASE THE COURT:

Plaintiff, The Board of Commissioners of the Port of New Orleans, hereby request that the Court consider a timeline (see Exh. "A") and supporting documentation (see Exh. "B" *in globo*) that will assist the Court and the parties in determining the history of the events involving consultant productions leading up to this hearing.

                                    Respectfully submitted,

                          By:    /s/ Deborah R. Trotter
                                  Deborah R. Trotter (LA #29459)

William W. Hall, (# 6449)
William W. Hall & Associates
3500 N. Hullen Street
Metairie, LA 70002
Office: 504-456-8692
Cell: 504-388-9056
wmwhall@bellsouth.net

Susan G. Guidry (# 17679)
Of Counsel
William W. Hall & Associates
1350 Port of New Orleans Place
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
504-528-3232
504-528-3490 Fax
504-495-3181 cell
guidrys@portno.com

Gerald O. Gussoni, Jr. (#1392)
Jeffrey M. Lynch (#18313)
Joseph W. Fritz, Jr. (# 5755)
Board of Commissioners of the Port
of New Orleans
1350 Port Of New Orleans Place
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
gussonib@portno.com
lynchj@portno.com
fritzj@portno.com
504-528-3228
504-528-3209 fax

William F. Merlin, Jr. (Pro Hac Vice)
Merlin Law Group, P.A.
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Office: 813-229-1000
Fax: 813-229-3692
cmerlin@merlinlawgroup.com

                                          Deborah R. Trotter (LA #29459)
                                          Merlin Law Group, P.A.
                                          368 Courthouse Road, Suite C
                                          Gulfport, Mississippi  39507
                                          Office: 228.604.1175
                                          Fax:     228.604.1176
                                          dtrotter@merlinlawgroup.com

                                          **ATTORNEYS FOR PLAINTIFF,**
                                          **Board of Commissioners of the Port**
                                          **of New Orleans**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Shannon M. O'Malley
Thomas H. Cook, Jr.
H. Jerome Gette
R. Tate Gorman
James W. Holbrook, III
**Zelle, Hofmann, Voelbel, Mason & Gette, LLP**
1201 Main Street, Suite 3000
Dallas, TX 75202
somalley@zelle.com
tcook@zelle.com
jgette@zelle.com
tgorman@zelle.com
jholbrook@zelle.com

Joseph P. Guichet
Rachel Ann Meese
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
jguichet@lawla.com
rmeese@lawla.com

Gerald O'Brien Gussoni, Jr.
Joseph W. Fritz, Jr.
Jeffrey Mark Lynch
**Board of Commissioners of the Port of New Orleans**

1350 Port of New Orleans Place
New Orleans, LA  70160
fritzj@portno.com
gussoni@portno.com
lynchj@portno.com

William Wells Hall
**William W. Hall & Associates**
3500 N. Hullen Street
Metairie, LA  70002
wmwhall@bellsouth.com

William F. Merlin, Jr.
**Merlin Law Group, PA**
777 S. Harbour Island Blvd.
Tampa, FL  33602
cmerlin@merlinlawgroup.com

Susan G. Guidry (# 17679)
Of Counsel
William W. Hall & Associates
1350 Port of New Orleans Place
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
504-528-3232
guidrys@portno.com


  /s/ Deborah R. Trotter

Deborah R. Trotter (LA #29459)
Merlin Law Group, P.A.
368 Courthouse Road, Suite C
Gulfport, Mississippi  39507
Office: 228.604.1175
Fax:     228.604.1176
dtrotter@merlinlawgroup.com