# EXHIBIT A





**TIMELINE RE CONSULTANT PRODUCTION**
**PORT V FMIC, NO. 06-8101**

**PORT'S TIMELINE RE: CONSULTANT PRODUCTION**

| | |
|---|---|
| 11.29.07 | Meeting between Port counsel, FM counsel and parties' ESI consultants-parties agree need subpoenas to ensure complete productions from their consultants |
| 12.11.07 | FM's counsel confirms in a letter that FM intends to subpoena Port consultants, Ernst & Young and Adjusters International |
| 3.03.08 | FM begins issuing subpoenas to Port Consultants |
| 3.11.08 | Port counsel communicates with Fm counsel re procedure for producing consultants' materials |
| 3.18-4.07.08 | Port communicates with its consultants re subpoenas issued by FM |
| 3.28.08 | Corr from FM counsel stating that there is no agreement in place and that the parties cannot exercise control over consultant materials |
| 4.1.08 | Corr from Port counsel seeking a Good Faith Certificate from FM re inability to resolve Consultant production without court intervention |
| 4.2.08 | Corr from FM counsel to Port seeking to resolve consultant production issues |
| 4.3.08 | Email from Port counsel to FM counsel attaching proposed agreement for consultant production, with agreed upon form of production to FM—same form of production agreed to by the Port and FM for its production.  Also discusses Port's upcoming issuance of subpoenas to FM's consultants. |
| 4.3.08 | Port communicates with its consultants that they are working with FM on procedure, production, time extensions for compliance |
| 4.4.08 (9:30 a.m.) | T/C with CB re production of consultants' ESI |
| 4.4.08 (3:59 p.m.) | Email from FM's counsel re stay of subpoenas—FM will wait to see what the Port produces-FM will advise consultants that no obligation to produce until further notice |
| 4.07.08 | Port sends copy of email from FM's counsel to Port consultants to inform them re stay of subpoenas |
| 4.10.08 | Port begins issuing subpoenas to FM Consultants |
| 4.29.08 | Port receives letter from FM Consultants' counsel objecting to subpoenas |
| 4.30.08 | Port counsel calls FM Consultants' counsel to discuss subpoenas, agreement between Port and FMIC regarding productions re form of production, etc. |

| | |
|---|---|
| 5.01.08 | Port counsel corr. to FMIC's counsel, copied to FMIC's counsel, repeating agreement between Port and FMIC regarding productions re form of production |
| 5.01.08 | FM Consultants begin filing nationwide blast of Motions to Quash Subpoenas, and M for PO in LA ED |
| 5.06.08 | Port begins filing Motions to Stay and Remit Mtns to Quash until ruling on PO in LA ED |
| 5.08.08 | Hearing on Motions to Remand in TX Court |
| 5.9-12.08 | Mtns forVoluntary  Dismissal of Mtns to Quash |
| 5.13 & 5.30.08 | FM serves discovery responses objecting to producing emails and file of FM consultant, Marv Pfluger, on basis that consultant's documents are not in FM's possession or control |
| 5.20.08 | Stip PO and Agreement re Subpoena production entered by Port and FM Consultants |
| 5.27-30.08 | Port and FM Consultants seek guidance from the court re protective order |
| 6.2.08 | SO contacts CB to address FM Consultants' issues regarding PO and alleged ESI issues and requests a t/c for 6.3.08 |
| 6.2.08 | Email corr among parties, consultants, and SM ESI regarding role of SM ESI and that of the Magistrate Judge and pending motions before the court re POs and R.34 and R.45 discovery issues |
| 6.4.08 | FM files Motion for Judicial Notice that a SM ESI has been assigned to this case, insisting that the SM ESI can address all issues |
| 6.5.08 | T/C with CB—mandated that production schedules be exchanged by counsel on Monday 6.16.07 prior to the next call on 6.17.08 |
| 6.11.08 | Hearing with Magistrate Judge on Mtns by Port and Entities re Subpoena productions, Mtn for Judicial Notice of SM ESI by FM. MJ continues to review late filings. |
| 6.12.08 | Re-convened Hearing with Magistrate Judge on Mtns by Port and Entities re Subpoena productions, Mtn for Judicial Notice of SM ESI by FM.  Hearing re-scheduled so that MJ could confer with the District Judge and SM ESI. |
| 6.13.08 | District Judge issues orders directing issues concerning POs to go to the MJ and issues regarding ESI to go to the SM ESI |
| 6.16.08 | Port provided production schedule to OC and CB |
| 6.17.08 | FM provided production schedule to OC and CB—differing formats |
| 6.17.08 | T/C CB re production schedules—set dates for substantial completion |
| 6.18.08 | Re-convened Hearing with the MJ re POs and Agreement between the Port and FM Consultants |

| | |
|---|---|
| 6.19.08 | Port responds to FM's RFP#3 re consultant production requests and states its objections |
| 6.23.08 | T/C with SM ESI re production schedules and discussion of consultant production in accordance with R.34 requests for production and R. 45 subpoena requests.  CB issued a directive mandating the Port to collect and produce all of its consultants' material by the 7.25.08 substantial completion deadline in the production schedule. |
| 6.23.08 | Email from CB re Recap and Directive |
| 6.23.08 | Request for an ex parte call by the Port to discuss the Directive |
| 6.24.08 | Port engaged Ex Parte T/C with CB re Directive |
| 6.24.08 | T/C with CB re FM Consultant subpoena production – Guidance/Directive issued regarding software and tools for collection of ESI |
| 7.2.08 | T/C Magistrate Judge re Entity PO and Subpoena production Agreement |
| 7.9.08 | T/C CB re databases and production status—Port is considering clarification from the Court re scope and duty to produce Port consultants materials—may file Objection |
| 7.10.08 | Port requests Ex Parte call with SM ESI (CB) to discuss Directive |
| 7.14.08 | Port engaged in an Ex Parte call with CB re clarification of Directive— filing Objection |
| 7.14.08 | Motion for Clarification / Objection filed by Port |
| 7.23.08 | T/C CB re databases and Hearing on Monday with further database discussion on Monday afternoon |
| 7.23.08 | CB emailed Letter to the counsel stating his position re Directive |
| 7.24.08 | CB filed Letter stating his position re Directive |
| 7.24.08 | FM filed Response in Opposition to Port's Objection |
| 7.25.08 | To date there have not been any motions to compel filed with the court regarding production responses. |
| 7.26.08 | Email from Port counsel to FM counsel regarding messages from Port's Consultant stating confusion regarding production to FM in response to subpoena or response to Port's requests. |
| 7.26.08 | Email from FM counsel to Port counsel regarding the restarting of subpoena request to Port's consultant, without communication or notification to Port that they "stay" had been lifted and also, expressing uncertainty regarding R. 34 and R. 45 productions. |
| 7.28.08 | Hearing re Port's Objection to SM ESI's directive compelling the Port to collect and production of all Port Consutlants' materials. |

# PONO PRODUCTION SETS

| Date | DOCUMENT RANGE | CONTENTS |
|---|---|---|
| | SET 1 | |
| 03/14/08 | PONO-01-000000001 to PONO-01-000000828 | Work order reports |
| 03/14/08 | PONO-01-000000829 to PONO-01-000000842 | Painting job order reports |
| 03/14/08 | PONO-01-000000843 to PONO-01-000000858 | Paradox Tenant Permits Index Report - FY 2004 to 3.06.08 |
| 06/10/08 | PONO-01-000001959 to PONO-01-000003593 | Job Orders from FY 2003 through March 7, 2008 |
| 05/16/08 | PONO-01-000003594 to PONO-01-000021070 | Port - Maintenance / Repair / Improvements / Inspections (hard drives) |
| 05/16/08 | PONO-01-000021071 to PONO-01-000027867 | Tenant - Maintenance / Repair / Improvements / Leases / Insurance (hard drives) |
| 05/16/08 | PONO-01-000027868 to PONO-01-000128413 | Port - Maintenance / Repair / Improvements / Inspections (emails) |
| 05/16/08 | PONO-01-000128414 to PONO-01-000140809 | Tenant - Maintenance / Repair / Improvements / Leases / Insurance (emails) |
| 05/16/08 | PONO-01-000140810 to PONO-01-000151737 | Port - Maintenance / Repair / Improvements / Inspections (hard copy |
| 05/16/08 | PONO-01-000151738 to PONO-01-000152594 | Tenant - Maintenance / Repair / Improvements / Leases / Insurance (hard copy) |
| 05/16/08 | PONO-01-000152595 to PONO-01-000157965 | Supplement #1 |
| | SET 2 | |
| 05/29/08 | PONO-02-000000001 to PONO-02-000000016 | Job order reports for doors, roofs and skylights |
| 05/29/08 | PONO-02-000000017 to PONO-02-000040693 | Documents regarding doors, roofs and skylights |
| | SET 3 | |
| 06/19/08 | PONO-03-000000001 to PONO-03-000050390 | |
| 06/19/08 | PONO-03-000000001 to PONO-03-000003608 | FM Claim Hard drive |
| 06/19/08 | PONO-03-000010840 to PONO-03-000043970 | FM Claim Emails |
| 06/19/08 | PONO-03-000046389 to PONO-03-000050390 | FM Claim Hard copy |
| 06/19/08 | PONO-03-000003609 to PONO-03-000010253 | Business Interruption Hard drive |
| 06/19/08 | PONO-03-000043971 to PONO-03-000045000 | Business Interruption Emails |
| 06/19/08 | PONO-03-000050391 to PONO-03-000050391 | Business Interruption Hard copy |

| | | |
|---|---|---|
| 06/19/08 | PONO-03-000010254 to PONO-03-000010452 | AI Hard drive |
| 06/19/08 | PONO-03-000045001 to PONO-03-000046119 | AI Emails |
| 06/19/08 | PONO-03-000050392 to PONO-03-000050497 | AI Hard copy |
| 06/19/08 | PONO-03-000010453 to PONO-03-000010473 | E & Y |
| 06/19/08 | PONO-03-000046120 to PONO-03-000046137 | E & Y |
| 06/19/08 | PONO-03-000010474 to PONO-03-000010839 | AON |
| 06/19/08 | PONO-03-000046138 to PONO-03-000046388 | AON |
| 07/25/08 | PONO-03-000050498 to PONO-03-000086527 | Supplement |
| | SET 4 | |
| 07/17/08 | PONO-04-000000001 to PONO-04-000019303 | FM Underwriting / Policy issues |
| 07/17/08 | PONO-04-000019304 to PONO-04-000019724 | Bill Sickinger |
| 07/17/08 | PONO-04-000019725 to PONO-04-000019787 | Chris Richard |
| 07/25/08 | PONO-04-000019788 to PONO-04-000020132 | Supplement |
| | SET 5 | |
| 07/25/08 | PONO-05 -00000001 to PONO-04- 000050104 | FEMA Claim docs – Hard drive |
| 07/25/08 | PONO-05-000052497 to PONO-05-000053308 | FEMA Claim docs – email |
| 07/25/08 | PONO-05-000068674 to PONO-05-000070815 | FEMA Claim docs – hard copy |
| 07/25/08 | PONO-05-000050105 to PONO-05-000052473 | Chris Richard – hard drive |
| 07/25/08 | PONO-05-000054191 to PONO-05-000068673 | Chris Richard – Hard copy |
| 07/25/08 | PONO-05-000052474 to PONO-05-000052475 | Bill Sickinger  - hard drive |
| 07/25/08 | PONO-05-000053309 to PONO-05-000054190 | Brien Gussoni – hard  copy |
| 07/25/08 | PONO-05-000052476 to PONO-05-000052496 | Pat Gallwey – Hard copy |
| 07/25/08 | PONO-05-000070816 to PONO-05-000070849 | Lynch, Jeff – Hard copy |
| 07/25/08 | PONO-05-000070850 to PONO-05-000070858 | Supplement |
| | SET 6 | |
| 07/25/08 | PONO-06-000000001 to PONO-06-5904 | Breakdown to be provided |
| 07/25/08 | PONO-06-000001173 to PONO-06-000003728 | FM Claim documents |
| 07/25/08 | PONO-06-000000046 to PONO-06-000000475 | Gallwey |
| 07/25/08 | PONO-06-000000476 to PONO-06-000001172 | Gussoni |
| 07/25/08 | PONO-06-000003729 to PONO-06-000003792 | Sickinger – Policies |
| 07/25/08 | PONO-06-000003793 to PONO-06-000003801 | Sickinger – Renewals |

| 07/25/08 | PONO-06-000003802 to PONO-06-000005863 | Stoerr |
|---|---|---|
| 07/25/08 | PONO-06-000005864 to PONO-06-000005904 | Watkins |
| 07/25/08 | PONO-06-000005905 to PONO-06-000049792 | OnBase lease contract files |
| 07/25/08 | PONO-06-000049793 to PONO-06-000050552 | FM Claim Network Files |
| | SET 7 | |
| 07/25/08 | PONO-07-000000001 to PONO-07-000006771 | Lexington Claim files |
| 07/25/08 | PONO-07-000006772 to PONO-07-000008778 | Discrete file – Sickinger |
| 07/25/08 | PONO-07-000008779 to PONO-07-000009845 | Discrete file – Langer |

| DOCUMENT TOTALS | |
|---|---|
| SET 1 (3/14/08) | 858 |
| SET 1 (5/16/08) | 157,965 |
| SET 2 (5/29/08) | 40,693 |
| SET 3 (6/19/08) | 86,527 |
| SET 4 (7/10/08) | 20,132 |
| SET 5 (7/25/08) | 70,858 |
| SET 6 (7/25/08) | 50,552 |
| SET 7 (7/25/08) | 9,845 |
| Total | 437,430 |

Additional Productions by Port:

1) Approximately 150,000 pages, Port's claim, submitted April 30, 2008.
2) Obtained access code for FM to view the Port's claim on the FEMA website.
3) Produced thousands of photographs, negatives, videos and CDs for review, which FM began July 23, 2008.
4) Have offered for inspection thousands of blueprints.

# FM PRODUCTIONS (Amended—Duplicative entry deleted)

| DATE | CUSTODIAN | NO. DOCS |
|---|---|---:|
| | FM CONSULTANT DOCUMENTS PRODUCED BY FM | |
| 03/14/08 | United Salvage Associates, Inc. (FMCN_US000001 – 011012 | 11012 |
| 03/14/08 | Engineering Design & Testing Corp. (FMCN_EDT 00001 – 00474) | 474 |
| 03/28/08 | Construction Analysis, Inc. (FMCN_CAI000001 – 021812) | 21812 |
| 03/28/08 | Hagen, Streiff, Newton & Oshiro (FMCN_HSN 000001 – 021051) | 21051 |
| 04/10/08 | Chelsea Place Design, Inc. FMCN_CPD000001 – FMCN_CPD003536 | 3536 |
| 04/10/08 | Gilbane CAT-Response (Hard drive) FMCN_GC000001 – FMCN_GC023468) | 23468 |
| 04/11/08 | Building Consulting Associates, Inc. (FMCN_BCA 000001 through 000012); | 12 |
| 04/11/08 | Crenshaw Consulting Group, LP (FMCN_CCG 000001 through 019444); | 19444 |
| 04/11/08 | Engineering Design & Testing Corp. (FMCN_EDT 00475 through 00703) (supplemental production); | 228 |
| 04/11/08 | Fisk Electric Co. (FMCN_FEC 000001 through 001227); | 1227 |
| 04/11/08 | McDonald-Metha Engineers, LLP (FMCN_RLW 000001 through 000045); | 45 |
| 04/11/08 | Robert L. Wright & Associates, Inc. (FMCN_RLW 000001 through 000524); | 524 |
| 04/11/08 | Solis Parker & Associates, Inc. (FMCN_SPA 000001 through 000062); | 62 |
| 04/11/08 | Suncorp Valuations, Inc. (FMCN_SVI 000001 through 002466); | 2466 |
| 04/11/08 | Urban Engineers, Inc. (FMCN_UEI 000001 through 001472). | 1472 |
| 05/05/08 | Southeastern Overhead Door Company, Inc. (FMCN_SOH 000001 – 000101). | 101 |
| 06/30/08 | FM Consultants Production HSNO – FMNC_HSN 021052 – FMCN_HSN 024010 (Tiffs, Dat, Opt and Native files) | 2958 |
| 07/24/08 | Supplemental Construction Analysis, Inc. | 8896 |
| | TOTAL FM CONSULTANT | 118788 |
| | FM DOCUMENTS | |
| 04/25/08 | Neal H. Bear (FMEG_NHB 000001 – 002866) | 2866 |
| 04/25/08 | Scott A. Miller (FMEG_SAM 000001 – 000532) | 532 |
| 05/05/08 | Certified Polices (FMUW_CP 000001 – 001280): | 1280 |
| 05/05/08 | Stan S. Hoffman (FMUW_SSH 000001 – 003696); | 3696 |
| 05/05/08 | Russ Janetto (FMUW_RJ 000001 – 000312); | 312 |
| 05/05/08 | Terri L. Ride (FMUW_TLR 000001 – 000410); | 410 |

| DATE | CUSTODIAN | NO. DOCS |
|---|---|---:|
| 05/05/08 | Mark A. Romman (FMEG_MAR 000001 – 000924); | 924 |
| 05/05/08 | Marv E. Pfluger (FMCL_MEP 000001 – 013994 | 13994 |
| 06/03/08 | FM Engineering Production General Engineering (FMEG_EG000001 – FMEG_EG014148. | 14148 |
| 06/09/08 | Client Services System's Client File Cabinet (FMUW_CFC000001 – 000207); | 207 |
| 06/09/08 | Supplemental Neal H. Bear (FMEG_NHB002867 – 003661) | 794 |
| 06/25/08 | FM Claims Production General Claims (DVD 1 of 2) FMCL_CL000001 – FMCL_CL025160 (Tiffs, Dat and Opt files (no natives) | 25160 |
| 06/25/08 | FM Claims Production  Statutory Files FMCL_STA000001 – STA030752 (Native files). | 30752 |
| 07/02/08 | Darren Benson (FMUW_DJB 00001 – 000131) (Tiffs, Dat, Opt and Native files); | 131 |
| 07/02/08 | Supplemental Russ Janetto (FMUW_RJ 000313 – 000782) (Tiffs, Dat, Opt and Native files); | 469 |
| 07/02/08 | Supplemental Terri Ride (FMUW_TLR 000411 – 001221) (Tiffs, Dat, Opt and Native files) | 810 |
| 07/07/08 | Michael R. Grabowski (FMCL_MRG 000001 – FMCL_MRG 016685) Tiff, Opt, Dat and Native files | 16685 |
| 07/07/08 | Supplemental Certified Policies (FMUW_CP001281 – FMUW_CP001327 and Supplemental Pages) Tiffs, Dat, Opt and Native files.  (This disc includes pages that were inadvertently left out of the certified policies previously produced on 04/30/2008.  Pages bates-labeled with a decimal (i.e., FMUW_CP 000005.1.) correspond with the bates-label from the previous production.) | 46 |
| 07/07/08 | Supplemental Stan Hoffman (FMUW_SSH003737 – FMUW_SSH 006529) Tiffs, Dat, Opt and Native files). | 2792 |
| 7/24/08 | Port Files Shares (FMFS_FS 00001-000096) | 96 |
| 7/24/08 | Supplemental Marv Pfluger (FMCL-MEP 015727-017035) | 1308 |
| 7/24/08 | Supplemental Michael Grabowski (FMCL_MRG 016686-053990) | 37304 |
| | TOTAL FM | 154716 |
| | | |
| TOTAL FM CONSULTANT DOCUMENTS PRODUCED BY FM | | 118788 |
| TOTAL FM DOCUMENTS | | 154716 |
| TOTAL DOCUMENTS PRODUCED BY FM | | 273504 |